UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

**IBEW No. 292 Health Care Plan, Electrical Workers Local No. 292 Pension Fund, Electrical Workers Local No. 292 Annuity & 401 (k) Fund, Electrical Workers Local No. 292 Vacation & Holiday Fund, Minneapolis Electrical Industry Board/JATC/LMCC,**

Plaintiffs,

vs.

**SUNDANCE TECHNICAL SERVICES, INC.,**

Defendant.

Civil No. 00-CV-774 MJD/JGL

**NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R. Civ.P. 41(a)(1), Plaintiff herein dismisses the above-entitled matter with prejudice.

Date: June 22 2000

McGRANN SHEA FRANZEN CARNIVAL STRAUGHN & LAMB, CHARTERED

By Jacqueline Beaulieu

Jacqueline M. Beaulieu
Att'y Reg. No. 293088
2600 U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

JUN 26 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IBEW No. 292, et al. v. Sundance
Technical Services, Inc.
00cv774 (MJG/JGL)

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: 6.30.00

Michael J. Davis
Michael J. Davis
Judge of District Court